UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60073-CIV-COHN/Snow

AMINI INNOVATION CORPORATION,
a California Corporation,

        Plaintiff,

v.

FLORIMAR FUNITURE DISTRIBUTORS, INC.,
a Florida Corporation, et al.,

        Defendants.
_____/

## O R D E R

        THIS CAUSE is before the Court on counsel Mark Nielsen's and Daniel Cislo's Motions to Appear *Pro Hac Vice* (DE 5 & 6). Being fully advised, it is hereby

        ORDERED AND ADJUDGED that the motions are GRANTED.  Mark Nielsen, Esquire, and Daniel Cislo, Esquire, are hereby permitted to enter limited appearances for purposes of representing the plaintiff **Amini Innovation** in this cause; Stephen Gaffigan, Esquire, is designated as local counsel.

        DONE AND ORDERED at Fort Lauderdale, Florida, this 22nd day of February, 2007.

                                    _____
                                    LURANA S. SNOW
                                    UNITED STATES MAGISTRATE JUDGE

Copies to:
Stephen Gaffigan, Esq. (P and Local Counsel for Nielsen & Cislo)
Mark Nielsen, Esq. (P)
Daniel Cislo, Esq. (P)
Ms. Catherine Wade (MIA)
   Executive Service Administrator